1  Andrew P. Caputo, SBN 203655
2  David E. Newman, SBN 233263
   NATURAL RESOURCES DEFENSE COUNCIL
3  111 Sutter Street, 20th Floor
   San Francisco, CA  94104
4  Tel: (415) 875-6100; Fax: (415) 875-6161
5  dcaputo@nrdc.org; dnewman@nrdc.org

6  Attorneys for Plaintiffs League for Coastal Protection, Natural Resources Defense Council

7  Linda Krop, SBN 118773
8  ENVIRONMENTAL DEFENSE CENTER
   906 Garden Street
9  Santa Barbara, CA 93101
   Tel: (805) 963-1622; Fax: (805) 962-3152
10 lkrop@edcnet.org

11 Attorney for Plaintiffs The Otter Project, Sierra Club, Citizens Planning Assn. of Santa Barbara
12 County, Defenders of Wildlife, Environment California, Get Oil Out!, Santa Barbara
13 Channelkeeper, Surfrider Foundation.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE FOR COASTAL PROTECTION, et al., | Case No. C 05-0991 CW |
| Plaintiffs, | **STIPULATION REQUESTING ORDER ENLARGING TIME FOR ATTORNEY FEES** |
| v. | |
| GALE NORTON, Secretary of the Interior, et al., | |
| Defendants. | |

On August 31, 2005, this Court entered judgment for plaintiffs in the above-captioned case.  Federal Rule of Civil Procedure 54(d)(2)(B) and Civil Local Rule 54-6 require motions for attorney fees to be filed within 14 days of entry of judgment, unless such time is enlarged by court order.  By stipulation, plaintiffs and defendants hereby respectfully request this Court to

**STIPULATION REQUESTING ORDER ENLARGING TIME FOR ATTORNEY FEES –
C 05-0991 CW**

1

enlarge the time for filing a motion for attorney fees to either: (1) November 30, 2005, if defendants do not appeal this Court's August 31 order; or (2) within 30 days of final judgment entered following the exhaustion of all opportunities to appeal this Court's order, if defendants choose to appeal. These new deadlines would accord with the deadline for filing a motion for attorney fees established by the Equal Access to Justice Act at 28 U.S.C. § 2412(d)(1)(B), (d)(2)(G).

Dated: September 8, 2005

/s Andrew P. Caputo
Andrew P. Caputo, SBN 203655
David E. Newman, SBN 233263
NATURAL RESOURCES DEFENSE COUNCIL

/s Linda Krop
Linda Krop, SBN 118773
ENVIRONMENTAL DEFENSE CENTER

Attorneys for Plaintiffs

Dated: September 8, 2005

/s David B. Glazer
David B. Glazer
Senior Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:    (415) 744-6491
Facsimile:     (415) 744-6476
e-mail: david.glazer@usdoj.gov

Attorney for Defendant United States Minerals Management Service

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   9/13/05

/s/ CLAUDIA WILKEN
JUDGE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

**STIPULATION REQUESTING ORDER ENLARGING TIME FOR ATTORNEY FEES – C 05-0991 CW**

2