KELLY A. JOHNSON
  Acting Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone:  (415) 744-6491
  Facsimile:  (415) 744-6476
  E-mail:  david.glazer@usdoj.gov
KEVIN V. RYAN (SBN 118321)
  United States Attorney
JOANN M. SWANSON (SBN 88143)
  Assistant United States Attorney
  Chief, Civil Division
JAMES A. CODA (SBN 1012669(WI))
  Assistant United States Attorney
  Environment & Natural Resources Unit
  Civil Division
  U. S. Attorney's Office, 10th Floor
  Northern District of California
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-6967
  Facsimile:  (415) 436-6748
  E-mail:  james.coda@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEAGUE FOR COASTAL PROTECTION, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>GALE NORTON, Secretary of the Interior, *et al.*,<br><br>            Defendants. | No. C–05–00991–CW<br><br>STIPULATION AND ORDER STAYING CONSIDERATION OF PLAINTIFFS' BILL OF COSTS |

*League for Coastal Protection, et al. v. Gale Norton, et al.*, C–05–00991–CW
Stipulation and [Proposed] Order Staying Consideration of Bill of Costs

1  The parties submit this Stipulation and [Proposed] Order Staying Consideration of the Plaintiffs' Bill of Costs until the time that the Court takes up plaintiffs' petition for attorneys fees, should plaintiffs file one.

In support of this Stipulation, the parties recite that:

1. Judgment in plaintiffs' favor was entered in this case on August 31, 2005, following the Court's ruling on the parties' cross-motions for summary judgment.

2. Defendants have until October 31, 2005, to file a notice of appeal.

3. On September 13, 2005, the Court granted the parties' stipulation extending the time for plaintiffs to file an attorneys' fees petition until November 30, 2005, should defendants not appeal, or within 30 days of final judgment following exhaustion of further opportunity to appeal, should an appeal be taken.

4. On September 8, 2005, plaintiff filed their bill of costs.

5. The defendants agree that the costs enumerated in plaintiffs' bill of costs are properly taxable costs; however, defendants believe that it would be appropriate to defer consideration of those costs until the Court takes up the larger question of plaintiffs' entitlement to attorneys fees and other expenses, should plaintiffs file a petition for fees and expenses. Accordingly, the parties stipulate to the [proposed] order, set out below, providing that the Court will defer consideration of plaintiffs' bill of costs until the time that plaintiffs file a petition for attorneys' fees and expenses.

SO STIPULATED:

For the Plaintiffs:

/s/
Andrew P. Caputo, SBN 203655
David E. Newman, SBN 233263
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Fl.
San Francisco, CA  94104
Telephone:  (415) 875-6100; Fax:  (415) 875-6161
dcaputo@nrdc.org; dnewman@nrdc.org

Attorneys for Plaintiffs League for Coastal Protection, Natural Resources Defense Council

/s/
Linda Krop, SBN 118773
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Telephone: (805) 963-1622; Fax: (805) 962-3152
lkrop@edcnet.org

Attorney for Plaintiffs The Otter Project, Sierra Club, Citizens Planning Association of Santa Barbara County, Defenders of Wildlife, Environment California, Get Oil Out!, Santa Barbara Channelkeeper, Surfrider Foundation

For the Defendants:

/s/
David B. Glazer
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6491
Facsimile: (415) 744-6476
david.glazer@usdoj.gov

Dated: September 22, 2005

ORDER

In consideration of foregoing Stipulation, good cause having been shown, it is hereby ORDERED that the Court will consider plaintiffs' bill of costs at the time that plaintiffs' petition for attorneys' fees and expenses comes at issue, should plaintiffs file such a petition.

9/30/05
Dated: _____        *Claudia Wilken*
_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE