Selena Kyle, SBN 246069
Laura Pagano, SBN 244079
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: (415) 875-6100; Fax: (415) 875-6161
skyle@nrdc.org; lpagano@nrdc.org

David B. Edelson, SBN 104390
840 Grizzly Peak Blvd.
Berkeley, CA 94708
Tel: (510) 527-4116; Fax: (510) 527-4116
dbedelson@comcast.net

Attorneys for Plaintiffs League for Coastal Protection and Natural Resources Defense Council

Linda Krop, SBN 118773
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622; Fax: (805) 962-3152
lkrop@edcnet.org

Attorney for Plaintiffs The Otter Project, Sierra Club, Citizens Planning Assn. of Santa Barbara County, Defenders of Wildlife, Environment California, Get Oil Out!, Santa Barbara Channelkeeper, and Surfrider Foundation

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEAGUE FOR COASTAL PROTECTION, <u>et al.</u>,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, <u>et al.</u>,<br><br>　　　　　　　　　　　　　Defendants. | Case No. C 05-0991 CW<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER CHANGING TIME FOR HEARING **AS MODIFIED** |

Parties' Stipulated Request for Order Changing Time and [Proposed] Order Changing Time for Hearing – C 05-0991 CW                                                         1

The parties submit, pursuant to Civil Local Rule 6-2, this Stipulated Request for Order Changing Time and [Proposed] Order, continuing the hearing previously noticed for Defendants' Motion for Stay (doc. no. 73) from May 24, 2007 at 2 p.m. to June 7, 2007 at 2 p.m.  In support of this Stipulated Request, the parties recite that:

1. On April 18, 2007, Defendants filed a Motion for Stay (doc. no. 73) of the Court's December 22, 2006 and March 29, 2007 Orders on Motion for Attorney Fees and noticed that Motion for a hearing on May 24, 2007 at 2 p.m.

2. On May 3, 2007, Plaintiffs filed a Motion to Enforce (doc. no. 75) the Court's Orders on Motion for Attorney Fees and a Memorandum in Opposition (doc. no. 76) to Defendants' Motion for Stay and in Support of Plaintiffs' Motion to Enforce. Plaintiffs noticed the Motion to Enforce (doc. no. 75) for a hearing on June 7, 2007 at 2 p.m.

3. Because Defendants' Motion for Stay and Plaintiffs' Motion to Enforce implicate largely the same concerns, it would be most convenient for all parties, and likely also the Court, to have the Motions set for joint argument.

4. Under the local rules and this Court's calendar, the earliest date the Motions could be argued together, without accelerated briefing on the Motion to Enforce, would be June 7, 2007, the date noticed on Plaintiffs' Motion to Enforce.  Defendants do not object to the continuation of the hearing on Motion for Stay from May 24, 2007 to June 7, 2007.

Accordingly, the parties stipulate to the [proposed] order, set forth below, providing that the Court will change the time for hearing on Defendants' Motion for Stay from May 24, 2007 at 2 p.m. to June 7, 2007 at 2 p.m. to permit joint hearing on Defendants' Motion for Stay and Plaintiffs' Motion to Enforce.

//
//
//
//

Parties' Stipulated Request for Order Changing Time and [Proposed] Order Changing Time for Hearing – C 05-0991 CW                                                                                                  2

1     SO STIPULATED:

2  For Plaintiffs:

3                     /s/ Selena Kyle
                    SELENA KYLE, SBN 246069
4                   LAURA PAGANO, SBN 244079
                    Natural Resources Defense Council
5                   111 Sutter Street, 20th Floor
                    San Francisco, CA 94104
6                   Tel: (415) 875-6100; Fax: (415) 875-6161
7                   skyle@nrdc.org; lpagano@nrdc.org

8                   DAVID B. EDELSON, SBN 104390
                    840 Grizzly Peak Blvd.
9                   Berkeley, CA 94708
10                  Tel: (510) 527-4116; Fax: (510) 527-4116
                    dbedelson@comcast.net
11

12                  Attorneys for Plaintiffs League for Coastal Protection and Natural
                    Resources Defense Council
13

14                    /s/ Linda Krop
                    LINDA KROP, SBN 118773
15                  Environmental Defense Center
                    906 Garden Street
16                  Santa Barbara, CA 93101
17                  Tel: (805) 963-1622; Fax: (805) 962-3152
                    lkrop@edcnet.org
18

19                  Attorney for Plaintiffs The Otter Project, Sierra Club, Citizens
                    Planning Assn. of Santa Barbara County, Defenders of Wildlife,
20                  Environment California, Get Oil Out!, Santa Barbara
                    Channelkeeper, and Surfrider Foundation
21

22  For Defendants:
                      /s/ David B. Glazer
23                  DAVID B. GLAZER (D.C. 400966; MD)
                    Natural Resources Section
24                  Environment and Natural Resources Division
                    United States Department of Justice
25                  301 Howard Street, Suite 1050
                    San Francisco, CA 94105
26                  Tel: (415) 744-6491; Fax: (415) 744-6476
27                  david.glazer@usdoj.gov

28                  Attorney for Defendants

<u>ORDER</u>

In consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that the Court will **decide both motions on the papers unless a hearing is found necessary and specially set.**

DATED:   5/8/07

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

<u>ATTORNEY ATTESTATION OF CONCURRENCE</u>

1
2   I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature (/s/) within this e-filed document.
3
4     /s/ Selena Kyle
    Selena Kyle
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28