IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE FOR COASTAL PROTECTION, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SALLY JEWELL, Secretary of the Interior, et al.,<br><br>          Defendants.<br>_____/ | No. C 05-991 CW<br><br>ORDER REGARDING DEFENDANTS' MOTION FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(B) |

Federal Defendants move for an order lifting the lease suspensions directed by the Court on June 20, 2001 in Cal. ex rel. Cal. Coastal Comm'n v. Norton, Case No. 99-4964, Docket No. 115. Although Federal Defendants seek to modify an order entered in Case No. 99-4964, they have not filed this motion in that case and instead have filed it only in the above-captioned case.

Federal Defendants represent that, if their motion is granted, the interests of nonparties Nycal Offshore Development Corporation, Colton Gulf Coast and PRS Offshore and RAM Energy in six leases that they partially own will immediately expire.  Mot. at 4 & n.2.  Although Federal Defendants represent that they notified these nonparties of their intent to seek to have the court-ordered directed suspensions lifted and have not received a response from them, see, e.g., Barminski Decl. ¶ 10, they have not provided proof that they served the nonparties with the instant motion.

Within three days of the date of this Order, Federal Defendants shall file and serve their motion in Case No. 99-4964.

By that date, they shall also serve their motion on the nonparties whose interests are affected by the relief that they seek and shall file proof of service with the Court.[1]  Alternatively, by that date, Federal Defendants may file a brief of three pages or less, explaining why they should not be required to take one or both of these steps.

IT IS SO ORDERED.

Dated: 6/13/2013

CLAUDIA WILKEN
United States District Judge

---

[1] Federal Defendants need not serve the nonparties who have already voluntarily relinquished all of their rights, title and interests in the relevant leases.

2